ALICE M. LANG, as Administratrix of the Estate of EARL A. LANG, Deceased, Respondent, *v.* CITY OF TROY, Appellant.

Argued January 9, 1940; decided January 23, 1940.

*Frank S. Parmenter, Corporation Counsel (John P. Judge* of counsel), for appellant.

*John P. McNamee* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts, on the authority of *Rockwell* v. *City of Syracuse* (282 N. Y. 17). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and Conway, JJ.